UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CAGE,<br><br>        Petitioner,<br><br>    v.<br><br>JEAN ROY,<br><br>        Respondent. | NO. ED CV 13-1227-ABC (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS OF**<br>**UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

///

///

///

     IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

     LET JUDGMENT BE ENTERED ACCORDINGLY.

     DATED: March 31, 2014.

                              /s/ Audrey B. Collins
                         _____
                              AUDREY B. COLLINS
                         UNITED STATES DISTRICT JUDGE